**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In Re: Air Crash at Toronto
Pearson International Airport
on February 17, 2025

MDL No. 25-3155 (JWB/JFD)

**AGENDA FOR**
**SEPTEMBER 30, 2025**
**INITIAL CASE MANAGEMENT**
**CONFERENCE**

On September 3, 2025, an initial case management conference was set for September 30, 2025, in this matter. (Doc. No. 6, Pretrial Order No. 1.) The following Agenda will be used at the conference.

**Agenda for Initial Case Management Conference**

1.    **Opening Remarks, Housekeeping, Case Overview**

2.    **Tutorial Day for Court**

3.    **Privilege and Trial Preparation Material Protection**

4.    **Service of Process**

5.    **Counsel Organization and Leadership**

6.    **Future Status Conferences**

7.    **Case Schedule**

8.    **Preservation of Evidence**

9.    **Canadian Transportation Safety Board (CTSB) Investigation**

- Scope of discovery restrictions imposed by Canadian law.

- Whether and when Defendants may access investigation materials.

- How restrictions affect evaluation of potential third-party liability defenses.

**10.    Montreal Convention – Liability Framework**

- Application of Article 21(2): strict liability cap (151,880 SDRs) and defenses based on third-party negligence.

- Clarify scope of Convention defenses to be addressed in liability phase (Articles 17–21).

**11.    Scheduling Adjustment**

- Request to move the deadline for the Joint Proposed Case Management Order from Sept 30 to Oct 10, so it can incorporate the results of the conference.

**12.    Additional Discrete Issues**

**13.    Case Resolution Plan**