**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In Re: Air Crash at Toronto
Pearson International Airport
on February 17, 2025

MDL No. 25-3155 (JWB/JFD)

**PRETRIAL ORDER NO. 2:**
**Amending Submission Deadlines and**
**Setting Monthly Status Conferences**

For the reasons given at the September 30, 2025 initial case management conference, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Proposed Case Management Order must be filed by October 10, 2025.

2. Plaintiffs' motion regarding counsel leadership structure must be filed by October 10, 2025.

3. The preliminary disclosure deadlines set by Pretrial Order No. 1 are **VACATED** and will be reset in accordance with the deadline to submit Plaintiff Fact Sheets, which will be set by the forthcoming Case Management Order.

4. Status Conferences will be held monthly with counsel. The Status Conferences will be held in Courtroom 7A (unless another Courtroom is designated), United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota. Counsel who intend to speak are expected to attend in person. A Zoom link will be provided for counsel who do not intend to speak. The parties must submit a Joint Proposed Agenda one week prior to the scheduled Status Conference.

Status Conferences are set for the following dates, subject to change:

- Monday, November 3, 2025, at 10:00 a.m.
- Monday, December 1, 2025, at 10:00 a.m.
- Monday, January 5, 2026, at 10:00 a.m.
- Monday, February 2, 2026, at 10:00 a.m.
- Monday, March 2, 2026, at 10:00 a.m.
- Monday, April 6, 2026, at 10:00 a.m.
- Monday, May 4, 2026, at 10:00 a.m.
- Monday, June 1, 2026, at 10:00 a.m.
- Monday, July 6, 2026, at 10:00 a.m.
- Monday, August 3, 2026, at 10:00 a.m.
- Monday, October 5, 2026, at 10:00 a.m.
- Monday, November 2, 2026, at 10:00 a.m.
- Monday, December 7, 2026, at 10:00 a.m.

Date: September 30, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge