UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In Re: Air Crash at Toronto
Pearson International Airport
on February 17, 2025**

**MDL No. 25-3155 (JWB/JFD)**

THIS DOCUMENT RELATES TO ALL CASES:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPOINT CO-LEAD COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE**

This matter is before the Court on the unopposed Motion of Plaintiffs to Appoint Co-Lead Counsel and Plaintiffs' Executive Committee. The Court being fully advised and for good cause shown, the motion (Doc. No. 19) is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

1.     The Court appoints Bryan L. Bleichner of Chestnut Cambronne PA and James R. Brauchle of Motley Rice LLC as Co-Lead Counsel.

2.     The Court appoints Erin Applebaum of Kreindler & Kreindler LLP and Andres C. Pereira of DJC Law, PLLC as Co-Chairs of Plaintiffs Executive Committee.

3.     The Court appoints Alicia N. Sieben of Schwebel, Goetz & Sieben  as Liaison Counsel.

4.     The Court appoints Nomi Husain of Husain Law & Associates, Jeff Storms of Storms Dworak, LLC, Tola Familoni of Motley Rice, LLC, and Justin Green of Kreindler & Kreindler LLP as members of the Plaintiffs' Executive Committee.

1

5.      Co-Lead Counsel, along with the Co-Chairs of the Plaintiffs Executive Committee must assume responsibility for the following duties during all phases of litigation:

a) Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' Counsel in a manner to ensure that Plaintiffs' preparation is conducted effectively, efficiently, expeditiously, and economically;

b) Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

c) Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

d) Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as his/her designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e) Serving as the primary contact for all communications between Plaintiffs and Defendant, and acting as spokespersons for all Plaintiffs vis-à-vis Defendant and the Court;

f) Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

2

h) Receiving and initiating communication with the Court and the Clerk of Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' Counsel;

i) Initiating, coordinating, and conducting discussions and negotiations with counsel for defendant on all matters, including settlement;

j) Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

k) Encouraging and enforcing efficiency among all Plaintiffs' Counsel;

l) Assessing Plaintiffs' counsel for the costs of the litigation;

m) Preparing and distributing periodic status reports to the Court and to the parties as ordered;

n) Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitoring and administering such procedures; and

o) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court

6. In advance of each status conference, Co-Lead Counsel and Defendant's counsel will meet and confer regarding the agenda for the conference. Unless otherwise ordered, Co-Lead Counsel and Defendant's counsel will file a joint notice setting out the proposed agenda and the parties' joint and/or respective positions no later than five calendar days prior to each status conference.

7. This Order applies to the above-captioned consolidated matter and all subsequently consolidated actions.

8.      Co-Lead Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding to the extent that Co-Lead Counsel is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

SO ORDERED.

Date:                                     _____

**HON. JERRY W. BLACKWELL**
**JUDGE FOR THE UNITED STATES**
**DISTRICT COURT FOR THE DISTRICT**
**OF MINNESOTA**