UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Air Crash at Toronto
Pearson International Airport

Case No:      25-3155 (JWB/JFD)

This Document Relates to: **ALL CASES**

Pursuant to the Minute Entry (ECF No. 32), Plaintiffs' Counsel hereby files a

Consolidated List of All Known Cases:

| Passenger | Original District |
|---|---|
| *Badour* | D. Minn. |
| *Wallace* | D. Minn. |
| *Bouffard, C* | D. Minn. |
| *Bouffard, H* | D. Minn. |
| *Carleton* | D. Minn. |
| *Garcia* | D. Minn |
| *Garfield* | D. Minn. |
| *Gonzalez* | D. Minn. |
| *Koukov* | D. Minn. |
| *Krebs* | D. Minn. |
| *Lourens* | N.D. Ga. |

| | |
|---|---|
| *Miles* | E.D. Mich. |
| *Omoseni, H* | D. Minn. |
| *Omoseni, O* | D. Minn. |
| *Parovel* | D. Minn. |
| *Restuccia* | D. Minn. |
| *Shefare* | D. Minn. |
| *Sinclair, J* | D. Minn. |
| *Sinclair, C* | D. Minn. |
| *Sobreviela* | D. Minn. |
| *Somers-Berner* | D. Minn. |
| *Sonley, A* | D. Minn. |
| *Sonley, L* | D. Minn. |
| *Stephens* | D. Minn. |
| *Stamm* | S.D. Tex. |
| *DeVos* | None |
| *Franck* | None |
| *Riebe* | None |
| *Braunschweig* | None |
| *Cassida* | D. Minn. |
| *Cunningham* | D. Minn. |
| *Gapp* | D. Minn. |

| | |
|---|---|
| *Iuliano* | None |
| *Lauer* | D. Minn. |
| *Meracado* | D. Minn. |
| *Moreno* | D. Minn. |
| *Nelson* | D. Minn. |
| *Phillips* | D. Minn. |
| *Robertson* | D. Minn. |
| *Lam* | D. Minn. |
| *Rustad* | D. Minn. |
| *Ulwelling* | D. Minn. |
| *Zsirai* | D. Minn. |
| *Ertl* | D. Minn. |
| *Erickson* | D. Minn. |
| *Lillie* | D. Minn. |
| *Duffek* | D. Minn. |
| *Whipple* | D. Minn. |
| *Schmalz* | D. Minn. |

All Plaintiffs intend to adopt the Master Complaint for Damages (Pursuant to the Montreal Convention) and, if necessary, the Short Form Complaint per the Court's instruction.

Respectfully submitted,

Dated: November 14, 2025

*s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*

James R. Brauchle (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9243
Fax: (843) 216-9440
*jbrauchle@motleyrice.com*

*Plaintiffs' Co-Lead Counsel*