UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Air Crash at Toronto Pearson International Airport On February 17, 2025<br><br>This Document Relates to: Case Status Report | Civil File No. MDL No. 25-3155 (JWB-JFD) |

In compliance with this Court's Order of December 1, 2025, the Plaintiff is reporting on the status of the following cases.

| | |
|---|---|
| Wallace/Badour | 25-cv-2306 |
| Garcia | 25-cv-2307 |
| Restuccia | 25-cv-2308 |
| Shefare | 25-cv-2309 |
| Sonley | 25-cv-2310 |
| Parovel | 25-cv-2429 |
| Stephens | 25-cv-2430 |

These cases were filed with the United States District Court for the District of Minnesota. They were listed on the schedule of all pending actions filed with the Judicial Panel on Multi-District Litigation (JPML) on July 3, 2025 via ECF No. 34-1. The hearing before the JPML occurred on July 31, 2025. On August 8, 2025, the JPML issued its order transferring cases to this Honorable Court. However, the JPML omitted the seven cases above from the list of scheduled cases. Counsel assumes this was an inadvertent oversight by JPML. Counsel asserts that this issue can be corrected as each of the above matters will be adopting the master complaint filed in the present action and stipulating that all prior filed actions are dismissed.

                                          Respectfully submitted,

Dated: December 3, 2025               *s/ Bryan L. Bleichner*
                                        Bryan L. Bleichner (MN #0326689)
                                        **CHESTNUT CAMBRONNE PA**
                                        100 Washington Ave. South, Suite 1700
                                        Minneapolis, MN 55401
                                        Telephone: (612) 339-7300
                                        *bbleichner@chestnutcambronne.com*

                                        James R. Brauchle (admitted *pro hac vice*)
                                        **MOTLEY RICE LLC**
                                        28 Bridgeside Blvd.
                                        Mount Pleasant, SC 29464
                                        Telephone: (843) 216-9243
                                        Fax: (843) 216-9440
                                        *jbrauchle@motleyrice.com*

                                        *Plaintiffs' Co-Lead Counsel*