January 5, 2026

**By ECF**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota  55101

Re:   *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
      MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Text Order [ECF 51], dated December 16, 2025, the Parties hereby jointly submit the following Joint Letter Status Update that addresses the issues that the Parties would have discussed at the status hearing that would have been held on January 5, 2026.

1.   Update as how plaintiffs will adopt or "opt-in" to the Master Complaint.

     **Pursuant to the requirement in Pretrial Order No. 6 dated December 2, 2025 [ECF 46], the Parties agreed on a form for plaintiffs to opt-in to the Master Complaint [ECF 25]. The Parties submitted the "[Proposed] Notice of Adoption of Master Complaint for Damages" on December 4, 2025 [ECF 48]. To date no adoption forms have been executed. Assuming the Court is in agreement with ECF 48, all current Plaintiffs will execute the Adoption within 7 days, following the Court's approval.**

2.   Update as to Seven Cases Omitted from the Multidistrict Litigation Schedule of Cases.

     **In accordance with the Court's Minute Entry dated December 1, 2025 [ECF 43], on December 3, 2025, Plaintiffs' Co-Lead Counsel submitted a report as to the seven cases omitted from the schedule of multidistrict litigation cases [ECF 47].**

3. Update as to Defendants' Answer and Affirmative Defenses to the Master Complaint.

   **In accordance with the Court's Minute Entry dated December 1, 2025 [ECF 43], on December 10, 2025, Defendants filed their Answer and Affirmative Defenses to Plaintiffs' Master Complaint [ECF 50].**

4. Update as to potential new plaintiffs to join the MDL.

   **At this time the Parties are not aware of any additional plaintiffs who joined the MDL since the last hearing on December 1, 2025.**

5. Set timeline for additional flight attendant to adopt Master Complaint.

   **Similar to the response to Number 1 above, Counsel for the additional flight attendant, Madeline Sinkovich, anticipates that the adoption form or forms will be filed within 7 days.**

6. Set schedule for Defendants' Motion to Dismiss flight attendants.

   **Counsel for Defendants have not yet contacted Magistrate Judge Docherty's chambers regarding preliminary discovery of the motions to dismiss because they await the plaintiff/flight attendants' submission of the Notice of Adoption of Master Complaint. Upon that submission, the Defendants will obtain a hearing date for any dispositive motion in accordance with the Court's Text Order dated December 1, 2025 [ECF 45] and Local Rule 7.1.**

7. Update as to status of Plaintiff Fact Sheets (PFS's).

   **To date Plaintiffs have submitted Plaintiffs' Fact Sheets for 34 plaintiffs, with 16 plaintiffs still outstanding. Plaintiffs are still completing the outstanding submissions and anticipate finalizing the remaining Plaintiff Fact Sheets in short order. Most of the remaining fact sheets are just awaiting final Plaintiff signatures. At this point, the Parties do not anticipate that this will impact the remaining Case Resolution Plan deadlines set forth in Pretrial Order No. 4 [ECF 27], but will advise the Court if any extensions are needed.**

8. Update as to recommended practices and procedures pertaining to attorney's fees and expenses.

   **In accordance with the requirement set forth in Pretrial Order No. 1 [ECF 26], on December 29, 2025, Plaintiffs' Lead Counsel submitted Plaintiffs' Timekeeping and Expense Protocol [ECF 52]. Plaintiff's Co-Lead Counsel and**

**the Plaintiffs Executive Committee have agreed that there will not be common benefit fees collected. Each Plaintiff has an individual contract with his or her personal attorney and all counsel is in agreement that those contracts will govern fees between the attorney and client.**

The parties met and conferred regrading this update and agree as to the contents.

Respectfully submitted,

Dated: January 5, 2026                         HINSHAW & CULBERTSON LLP

By: /s/ *Michael G. McQuillen*
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

AND

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

AND

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

|  |  |
|---|---|
|  | By: /s/ *Bryan L. Bleichner*<br>Bryan L. Bleichner (MN #0326689)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Ste. 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>Facsimile: (612) 336-2940<br>bbleichner@chestnutcambronne.com<br><br>By: /s/ *James R. Brauchle*<br>James R. Brauchle<br>(Admitted Pro Hac Vice)<br>**Motley Rice LLC**<br>28 Bridgeside Blvd<br>Mt. Pleasant, SC 29464<br>Tel. (843) 216-9243<br>Fax (843) 216-9440<br>jbrauchle@motleyrice.com<br><br>**Plaintiffs' Co-Lead Counsel** |