March 2, 2026

**By ECF**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota  55101

Re:    *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
       MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Text Order [ECF 60], dated February 24, 2025, the Parties hereby jointly submit the following Joint Letter Status Update that addresses the issues that were in the joint proposed agenda for the March 2, 2026 status conference.

1.    Status update as to the first round of voluntary mediations scheduled to take place in accordance with the Case Resolution Plan in Pretrial Order No. 4 [ECF 27].

      **The parties agreed to conduct 8 mediations in Chicago from March 23-27, and 5 additional mediations to take place in Minneapolis from March 30-31. The mediations will take place with retired Judge Donald O'Connell as mediator. Ten of the mediations will take place in person. The parties will continue to work to explore additional mediations in Chicago and Minneapolis for these dates.**

      **The parties will also continue discussions as to scheduling a second round of mediations.**

2.    Status of planned motion practice with regard to plaintiffs Vanessa Miles and Alita Parker.

      **Endeavor Air, Inc flight attendants Vanessa Miles and Alita joined the master complaint on 2/13/2026. Pursuant to the Court's Text-Only order dated 12/1/2025, Defendants will proceed in accordance with the**

**standard motion practice in this District, including Local Rule 7.1, with regard to motions to dismiss the complaints.**

Respectfully submitted,

Dated: March 2, 2026

HINSHAW & CULBERTSON LLP

By: */s/ Michael G. McQuillen*
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

AND

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

AND

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

2

|  | /s/ Bryan L. Bleichner<br>Bryan L. Bleichner (MN #0326689)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Ste. 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>Facsimile: (612) 336-2940<br>bbleichner@chestnutcambronne.com<br><br><br>/s/ James R. Brauchle<br>James R. Brauchle<br>(Admitted Pro Hac Vice)<br>**Motley Rice LLC**<br>28 Bridgeside Blvd<br>Mt. Pleasant, SC 29464<br>Tel. (843) 216-9243<br>Fax (843) 216-9440<br>jbrauchle@motleyrice.com<br><br>**Plaintiffs' Co-Lead Counsel** |
|--|--|

3