March 27, 2026

**By ECF**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota  55101

Re:    *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
       MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Pretrial Order No. 1 [ECF 6], dated September 3, 2025, the Parties hereby submit the following Joint Letter Status Update in advance of the Status Conference scheduled for April 6, 2026 [ECF 14].

1.     Pursuant to the Case Resolution Plan in Pretrial Order No. 4 [ECF 27], the Parties completed the first  five mediations in Chicago on March 23-25, resulting in one settlement.

2.     The Parties will proceed with an additional mediation in Chicago on March 27, and 5 additional mediations in Minneapolis on March 30-31.

3.     The Parties will continue to engage in resolution efforts through additional discussions and mediations.

4.     Endeavor Air, Inc flight attendants Vanessa Miles and Alita Parker joined the master complaint on 2/13/2026. Defendants will proceed with motions to dismiss.

5.     Given the travel undertaken for the mediations over the past two weeks, and the upcoming holiday, the Parties respectfully request that the Court accept this status update in lieu of the Status Conference currently scheduled to take place on April 6, 2026 at 10:30 A.M. The next Status Conference is scheduled to take place on May 4, 2026.

6.     If this status report is not acceptable, the Parties request that, in the alternative, the status conference be rescheduled for April 9, 2026, either virtually or in person, to avoid travel on Easter Sunday for out of town counsel.

Respectfully submitted,

Dated: March 27, 2026                        HINSHAW & CULBERTSON LLP

By: /s/ *Michael G. McQuillen*
Michael G. McQuillen
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

2

|  | Bryan L. Bleichner (MN #0326689)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Ste. 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>Facsimile: (612) 336-2940<br>bbleichner@chestnutcambronne.com<br><br><br>*/s/ James R. Brauchle*<br>James R. Brauchle<br>(Admitted Pro Hac Vice)<br>**Motley Rice LLC**<br>28 Bridgeside Blvd<br>Mt. Pleasant, SC 29464<br>Tel. (843) 216-9243<br>Fax (843) 216-9440<br>jbrauchle@motleyrice.com<br><br>**Plaintiffs' Co-Lead Counsel** |
|---|---|

3

83545\328767447.v2