May 4, 2026

**By ECF**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota  55101

Re:    *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
       MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Text Order [ECF 65], dated April 28, 2026, the Parties hereby jointly submit the following Joint Letter Status Update that addresses the topics raised in the joint proposed agenda for the May 4, 2026 status conference.

1.    Plaintiffs' Leadership Report.

      **Plaintiffs will submit this report separately.**

2.    Update as to the outcome of the 11 mediations that took place between March 23 and 31.

      **The parties conducted mediations for the following plaintiffs:**

| Date | Plaintiff | Case No. | Location | Format |
|---|---|---|---|---|
| 3/23/2026 | Wallace | 25-cv-2306 | Chicago | In-person |
| 3/23/2026 | Badour | 25-cv-2306 | Chicago | In-person |
| 3/23/2026 | Stephens | 25-cv-2430 | Chicago | In-person |
| 3/24/2026 | Koukov | 25-cv-0807 | Chicago | Pltf. Virtual |
| 3/25/2026 | Sanz García | 25-cv-2307 | Chicago | Pltf. Virtual |
| 3/27/2026 | Lourens | 25-cv-3232 | Chicago | In-person |
| 3/30/2026 | Riebe | No case no. | Minneapolis | In-person |
| 3/30/2026 | Braunschweig | No case no. | Minneapolis | In-person |
| 3/31/2026 | Ertl | 25-cv-3958 | Minneapolis | In-person |
| 3/31/2026 | Erickson | 25-cv-3964 | Minneapolis | In-person |

| Date | Plaintiff | Case No. | Location | Format |
|------|-----------|----------|----------|--------|
| 3/31/2026 | Whipple | 25-cv-3959 | Minneapolis | In-person |

**All of the mediations took place with the Hon. Donald P. O'Connell (ret.) as mediator, and the parties, party representatives, and counsel present.**

3.     Status of completing settlement for one case.

**The parties reached a confidential settlement as to Plaintiff Lucía Sanz García, individual case number 25-cv-2307. A draft of the settlement release has been exchanged between counsel. Ms. García currently lives in Spain, and additional counsel is involved in the settlement process. Following completion of the settlement, the Parties will seek voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).**

4.     Update as to continuing settlement efforts between plaintiffs' lead counsel and defendants' lead counsel.

**The parties have differing views about baseline case values but have had continuing discussions since those mediations in hopes of bringing the parties closer together. Those discussions have included informal in-person meetings and the continued exchange of information relevant to baseline case values, the mediations, and settlement discussions.**

5.     Update as to three new plaintiffs who intend to file suit, the method for filing suit, and joining the MDL.

**Schwebel, Goetz & Sieben represents three new plaintiffs who will be joining the litigation by adopting the Master Complaint (ECF 48) using the approved Notice of Adoption of Master Complaint for Damages (see ECF 54). Following the procedure set forth in Pretrial Order No. 1 (ECF 6), at section IX, the notice of adoption forms will be filed electronically as new cases. The Civil Cover Sheet will indicate an association with this MDL, master case number 25-3155 (JWB/JFD). The Parties will address the requirement for transfer or consolidation of the new cases into the MDL at the June status hearing.**

6.     Update as to motions to dismiss / motions for summary judgment as to deadheading flight attendants Parker and Miles.

**Defendants completed an investigation as to the bases for motion practice with regard to deadheading flight attendants Vanessa Miles (25-cv-3329) and Anita Parker (no case number). With the goal of**

2

**efficiency, defendants intend to file combined Rule 12(b)(1) motions to dismiss and Rule 56 motions for summary judgment. The motions will be supported by limited extrinsic evidence. The planned basis of the motions will be that Plaintiffs Miles and Parker's complaints fail to state a cause of action because, although the Montreal Convention applies to passengers, it does not apply to aircraft crewmembers, including deadheading flight attendants. Defendants agree to file the motions prior to the June 1, 2026, status hearing. Counsel for Parker and Miles reserves the right to request limited discovery on the passenger-status issue depending on the extrinsic evidence presented in support of the motions.**

Respectfully submitted,

3

Dated: May 4, 2026                               HINSHAW & CULBERTSON LLP

By: */s/ Michael G. McQuillen*
Michael G. McQuillen
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

AND

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

AND

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

4

/s/ Bryan L. Bleichner
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com


/s/ James R. Brauchle
James R. Brauchle
(Admitted Pro Hac Vice)
**Motley Rice LLC**
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Tel. (843) 216-9243
Fax (843) 216-9440
jbrauchle@motleyrice.com

**Plaintiffs' Co-Lead Counsel**