**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Air Crash at Toronto
Pearson International Airport

MDL No. 25-3155 (JWB/JFD)

**PLAINTIFF LEADERSHIP**

**This Document Relates to: ALL ACTIONS**

---

Pursuant to this Court's Pre-Trial Order 3 [Dkt. 26] issued on October 29, 2025, the Plaintiff's Leadership submits the following report.

The Plaintiffs' have focused their efforts on settlement and resolution while the official accident investigation is ongoing.

During the last two weeks of March, Plaintiffs engaged in eleven mediations that were conducted in Chicago and Minneapolis with the parties selected mediator, Honorable Donald P. O'Connell (Ret). Only one case was settled; Lucía Sanz García, individual case number 25-cv-2307.

Plaintiffs attribute the lack of settlements to very divergent valuations of cases between the parties. Following the mediations, Lead Counsel for each of the parties have had a number of conversations, including an in-person meeting to exchange information and the basis for the demands. Plaintiffs provided information to Delta regarding previous settlements in airline crash cases and data from a recent focus group conducted by the Plaintiffs. Delta is digesting the information provided and will engage with Plaintiffs when finished with their analysis.

1

If the parties are unable to narrow their divergent valuations in the near future the Plaintiffs believe that entering into preliminary liability and damages discovery may be necessary to further the cases along.

Plaintiffs Miles and Parker, the two deadheading flight attendant plaintiffs, have a case-specific issue that may require the Court's attention. Defendants have indicated that they intend to file a motions directed to these claims on or before June 1, 2026.  To the extent Defendants' anticipated motion depends on facts outside the pleadings, Miles and Parker also reserve the right to request narrow discovery on the passenger-status issue.

The parties continue to have open communications regarding the progress of these cases and are making efforts to streamline and expedite possible resolutions. Plaintiffs' counsel have also been in consistent contact with each other and working cooperatively, in an effort to keep this matter progressing.

Respectfully submitted.

s/James R. Brauchle __
Bryan L. Bleichner (MN #0326689)
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com

James R. Brauchle
(Admitted Pro Hac Vice)
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Tel. (843) 216-9243
Fax (843) 216-9440
jbrauchle@motleyrice.com

Plaintiffs' Co-Lead Counsel