June 1, 2026

**<u>By ECF</u>**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota  55101

Re:     *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
          MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Text Order [ECF 68], dated May 26, 2026, the Parties hereby jointly submit the following Joint Letter Status Update that addresses the topics raised in the joint proposed agenda for the June 1, 2026 status conference.

1.      Status of completing settlement for one case.

    **The Parties reached a confidential settlement as to Plaintiff Lucía Sanz García, individual case number 25-cv-2307. The Parties have exchanged, negotiated, and finalized a settlement release. Ms. García currently lives in Spain, and additional counsel is involved in the settlement process. Following completion of the settlement, the Parties will seek voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).**

2.      Update as to continuing settlement efforts between plaintiffs' lead counsel and defendants' lead counsel.

    **Following the in-person mediations in March, the parties have met in person and conferred regarding their respective views about baseline case values. The Parties have since exchanged information pertaining to case valuation to assist in their continuing investigation and discussions.**

    **Lead counsel for plaintiffs and defendants continue having resolution discussions and will discuss preliminary overview of potential discovery should resolution efforts prove unsuccessful.**

2

3.      Update as to new plaintiffs who intend to file suit.

**Since the last report, Plaintiff Brian Powers joined the litigation by adopting the Master Complaint [ECF 25] in the District of Minnesota. The Powers lawsuit is case number 0:26-cv-02646 (JWB/JFD).  On May 19, 2026, the JPML confirmed the Powers lawsuit as part of the MDL. Two additional plaintiffs intend to file suit by adopting the Master Complaint in the District of Minnesota.**

4.      Status and briefing schedule for Motion to Dismiss / Motion for Summary Judgment as to deadheading flight attendants Parker and Miles.

**Defendants will contact chambers via email prior to filing the motion to dismiss, in accordance with the Court's Practice and Procedures for Motion Practice and Local Rule 7.1. The motion to dismiss will be filed on or before June 5, 2026.**

Respectfully submitted,

Dated: June 1, 2026                    **HINSHAW & CULBERTSON LLP**

By: */s/ Michael G. McQuillen*
Michael G. McQuillen
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

AND

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

AND

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

3

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com


*/s/ James R. Brauchle*
James R. Brauchle
(Admitted Pro Hac Vice)
**MOTLEY RICE LLC**
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Tel.: (843) 216-9243
Fax: (843) 216-9440
jbrauchle@motleyrice.com

**Plaintiffs' Co-Lead Counsel**