July 6, 2026

**By ECF**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota  55101

Re:    *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
       MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Text Order [ECF 78], dated July 1, 2026, the Parties hereby jointly submit the following Joint Letter Status Update that addresses the topics raised in the joint proposed agenda for the July 6, 2026 status conference.

1. Status of completing settlement for one case.

   **The Parties reached a confidential settlement as to Plaintiff Lucía Sanz García, individual case number 25-cv-2307. The finalized settlement release is in the process of being executed. Following completion of the settlement, the Parties will seek voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).**

2. Update as to the Parties' continued efforts to collect data to be used for evaluating damages claims and continued discussions as to resolution efforts.

   **The Parties have separately conducted independent case valuations. Lead counsel for the Parties met in person on June 27, 2026, to discuss how to use this data for continued settlement efforts, and whether to exchange results of their valuation exercises either directly, or through a neutral third party.**

3. Update as to new plaintiffs who filed suit.

**The following new cases have been filed using the adoption of complaint form [ECF 48] since the last status report:**

**A.**     *Lisa Hovan, Trustee for the next of kin of Michael Hovan, deceased v. Delta Air Lines, Inc. et al.,* **filed on 6/24/26, case number 0:26-cv-03072-JWB-JFD. The Estate of Hovan is represented by Schmidt & Salita, PLLC.**

**B.**     *Subbarayan v. Delta Air Lines, Inc. et al.,* **filed on 6/24/2026, case number 0:26-cv-03071-JWB-JFD. Mohan Subbaryan is represented by Schmidt & Salita, PLLC.**

**C.**     *O'Neill v. Delta Air Lines, Inc. et al.,* **filed on 6/25/2026, case number 0:26-cv-03069-JWB-JFD. Shane O'Neill is represented by Schmidt & Salita, PLLC.**

4.     Status and briefing schedule for motion to dismiss as to deadheading flight attendants Parker and Miles.

**Defendants filed the Motion to Dismiss Plaintiffs Miles and Parker on 6/5/2026 [ECF 70]. On 6/25/2026, this Court granted Plaintiffs' unopposed motion for extension of time [ECF 77]. Plaintiffs' response to Defendants' Motion to Dismiss must be filed by July 6, 2026. Any reply by Defendants must be filed by July 20, 2026.**

Respectfully submitted,

Dated: July 6, 2026          **HINSHAW & CULBERTSON LLP**

By: */s/ Michael G. McQuillen*
Michael G. McQuillen
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

AND

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

AND

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

3

/s/ Bryan L. Bleichner
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com


/s/ James R. Brauchle
James R. Brauchle
(Admitted Pro Hac Vice)
**MOTLEY RICE LLC**
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Tel.: (843) 216-9243
Fax: (843) 216-9440
jbrauchle@motleyrice.com

**Plaintiffs' Co-Lead Counsel**

4