August 3, 2026

**By ECF**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota  55101

Re:    *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
       MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Text Order [ECF 85], dated July 27, 2026, the Parties hereby jointly submit the following Joint Letter Status Update that addresses the topics raised in the joint proposed agenda for the August 3, 2026 status conference.

1.    Status of completing settlement for Plaintiff Lucía Sanz García, individual case number 0:2025-CR-02307 (JWB/JFD).

      **Plaintiff Garcia has executed the settlement release. The Parties will coordinate to seek voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).**

2.    Update as to the Parties' continued efforts to facilitate a second mediation with retired Judge Donald O'Connell to incorporate new information as to settlement valuation.

      **The Parties conducted independent case valuations and are in continuing discussions as to using the information to leverage continued settlement discussions with Chief Judge O'Connell (ret.) as mediator.**

3.    Status of Motion to Dismiss Plaintiffs Miles (Case No. 0:2025-CR-03329 (JWB/JFD)) and Parker (Case No. TBD) [ECF 70].

      **Defendants filed the Motion to Dismiss Plaintiffs Miles and Parker on 6/5/2026 [ECF 70]. On 6/25/2026, this Court granted Plaintiffs'**

**unopposed motion for extension of time [ECF 77]. Plaintiffs filed a response on July 6, 2026 [ECF 79-81]. Defendants filed a reply on July 20, 2026 [ECF 83]. By text order dated July 21, 2026, the Court instructed the Parties to submit proposed orders in compliance with Standing Order No. 3 [ECF 84]. The Parties submitted proposed orders on July 28, 2026 [ECF 86 & 87].**

**The Motion to Dismiss is currently set for hearing on August 20, 2026, at 2:00 PM [ECF 75].**

Respectfully submitted,

Dated: August 3, 2026          **HINSHAW & CULBERTSON LLP**

By: */s/ Michael G. McQuillen*
Michael G. McQuillen
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

AND

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

AND

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

3

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com


*/s/ James R. Brauchle*
James R. Brauchle
(Admitted Pro Hac Vice)
**MOTLEY RICE LLC**
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Tel.: (843) 216-9243
Fax: (843) 216-9440
jbrauchle@motleyrice.com

**Plaintiffs' Co-Lead Counsel**

4