October 5, 2026

**By ECF**

Hon. Jerry W. Blackwell
United States District Judge
United States District Court for the District of Minnesota
St. Paul Division
Courtroom 7A
316 N. Robert Street
St. Paul, Minnesota 55101

Re: *In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025*
MDL No. 25-3155 (JWB/JFD)

THIS DOCUMENT RELATES TO: ALL ACTIONS

Dear Judge Blackwell:

In accordance with the Court's Text Order [ECF 105], dated September 29, 2026, the Parties hereby jointly submit the following Joint Letter Status Update that addresses the topics raised in the joint proposed agenda for the October 5, 2026 status conference.

1. Status of the Parties' continued settlement efforts, including direct discussions, discussions with mediator Judge Donald O'Connell, and in-person conferences.

   **The Parties met with mediator Judge Donald O'Connell (ret.) in person on October 2, 2026, to discuss case valuations and an overall strategy for settlement discussion. The Parties continue to consider paths to further settlement efforts through mediation.**

2. Status of additional mediations.

   **On October 1, 2026, Defendants conducted an in-person mediation regarding a pre-suit claimant, resulting in a confidential settlement. On October 2, 2026, the Parties conducted first and second mediations for six additional Plaintiffs. All of the mediations took place with Judge Donald O'Connell (ret.) as mediator. The mediations were not successful but the parties are continuing discussions.**

3. Status of additional plaintiff(s) to join the MDL action.

**Since the last Joint Letter Status Update, Plaintiff Dawn Anderson adopted the Master Complaint for Damages on September 15, 2026. Ms. Anderson is represented by Bryan L. Bleichner of Chestnut Cambronne PA [ECF 97].**

4. Status of proceeding with the Court's schedule [ECF 93 & 102] for document production, depositions, and briefing as to the pending motion as to Plaintiffs Miles (Case No. 0:2025-CR-03329 (JWB/JFD)) and Parker (Case No. TBD) [ECF 70].

   **Defendants served their document production in compliance with the Court's schedule on September 10, 2026 [ECF 96]. The Parties filed Supplemental Briefing briefs on September 18, 2026 [ECF 98 & 99-100], and response briefs on September 25, 2026 [ECF 103 & 104]. The Parties set the necessary depositions in compliance with the requirements of the scheduling order [ECF 102].**

5. Preferred procedure to add consortium claims for spouses of currently filed cases.

   **The preferred procedure is for Plaintiffs to file a Master Complaint as to Consortium claims and then additional plaintiffs may adopt that complaint as their pleadings.**

In addition to the foregoing matters, Plaintiffs' Counsel note that the one-year term for the leadership appointments established by Paragraph 5 of Pretrial Order No. 3 is set to expire on October 29, 2026. Plaintiffs' Counsel intended to raise this upcoming deadline at the status conference and respectfully request the Court's direction regarding continuation of the current leadership appointments and guidance regarding any submission it wishes Plaintiffs' Counsel to make. The existing leadership structure has functioned effectively and efficiently, and Plaintiffs' Counsel are not aware of any opposition to its continuation.

Respectfully submitted,

Dated: October 5, 2026

**HINSHAW & CULBERTSON LLP**

By: */s/ Robert A. Braun*
Robert A. Braun

Michael G. McQuillen
(Admitted Pro Hac Vice)
Paula L. Wegman
(Admitted Pro Hac Vice)
Robert A. Braun
(Admitted Pro Hac Vice)
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
rbraun@hinshawlaw.com

AND

Evan M. Kwarta
(Admitted Pro Hac Vice)
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3839
Fax: (212) 935-1166
ekwarta@hinshawlaw.com

AND

Mark T. Berhow, Reg. No. 31450X
Amanda E. Teske, Reg. No. 403205
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Tel: (612) 333-3434
Fax: (612) 334-8888
mberhow@hinshawlaw.com
ateske@hinshawlaw.com

**Defendants' Lead Counsel**

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

*/s/ James R. Brauchle*
James R. Brauchle
(Admitted Pro Hac Vice)
**MOTLEY RICE LLC**
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Tel.: (843) 216-9243
Fax: (843) 216-9440
jbrauchle@motleyrice.com

**Plaintiffs' Co-Lead Counsel**